# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 26, 2022

Via E-mail and ECF

The Honorable Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Sanneh Tunkara*, 22 Mag. 5882

Dear Judge Davison:

    I am writing to respectfully ask that the deadline for Ms. Tunkara to secure two financially responsible co-signers on her bond be extended two days to July 28, 2022. As background, on July 19, 2022, Ms. Tunkara was charged with conspiracy to commit mail fraud, mail fraud and identity theft. At her initial presentment, the Honorable Andrew Krause released Ms. Tunkara on an unsecured bond in the amount of $50,000, which was to be co-signed by two financially responsible individuals within one week. Ms. Tunkara has identified two family members who have agreed to sign the bond and both of these individuals have been screened, interviewed and approved as "financially responsible" by the Government. One of these individuals have already signed the bond but the other will most likely be unable to sign the bond today due to his own work schedule.[1] Under these circumstances, I ask that the deadline be extended by two days until July 28, 2022.

    I have spoken to AUSA Benjamin Gianforti and he does not object to this request.

Sincerely,

/s

Benjamin Gold
Assistant Federal Defender

cc: AUSA Benjamin Gianforti

---

[1] This individual works nights and is generally sleeping during the day.

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J
7/26/22